Theodore H. Frank
Center for Class Action Fairness
1718 M Street NW No. 236
Washington, DC 20036
703.203.3848
tfrank@gmail.com

November 25, 2013

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:    *In re Johnson & Johnson Derivative Litigation*, No. 12-4318

To Whom It May Concern:

Appellant Mark Petri submits this updated status report as required by the Court's Order of October 21, 2013.

Today, November 25, 2013, the district court ruled on the motion for attorneys' fees, granting it in part, and upholding Mr. Petri's objection in part. (Docket Nos. 254 and 255.) Mr. Petri is evaluating whether to file an amended notice of appeal or dismiss his existing appeal, and intends to decide on or before December 9, 2013. Mr. Petri does not know at this time whether plaintiffs' counsel intend to appeal or cross-appeal.

    Respectfully submitted,

    Theodore H. Frank

## PROOF OF SERVICE

I hereby certify that on November 25, 2013, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Third Circuit using the CM/ECF system, which will provide notification of such filing to all counsel of record.

*/s/ Theodore H. Frank*
Theodore H. Frank